# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| BRIAN VIERRA GONZALEZ,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>GOVERNMNET EMPLOYEES INSURANCE COMPANY,<br><br>　　　　Defendant. | Case No. 2:17-cv-03055-APG-GWF<br><br>**ORDER SEALING DOCUMENT AND ORDERING REDACTED VERSION** |

　　　Plaintiff Brian Gonzalez filed a document in which his social security number is revealed. I therefore direct the clerk of court to seal ECF No. 7. *See* LR IC 6-1 (directing parties to refrain from including without redaction personal identifiers, including social security numbers, dates of birth, and home addresses). Gonzalez shall file a properly redacted, publicly accessible version of this document within 20 days of the date of this order.

　　　IT IS THEREFORE ORDERED that the clerk of court is instructed to seal ECF No. 7.

　　　IT IS FURTHER ORDERED that plaintiff Brian Gonzalez shall file a redacted, publicly accessible version of this document within 20 days of the date of this order.

　　　DATED this 4th day of June, 2018.

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　ANDREW P. GORDON
　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE