THOMAS E. WINNER
Nevada Bar No. 5168
LARA L. MILLER
Nevada Bar No. 12618
ATKIN WINNER & SHERROD
1117 South Rancho Drive
Las Vegas, Nevada 89102
Phone (702) 243-7000
Facsimile (702) 243-7059
twinner@awslawyers.com
lmiller@awslawyers.com

*Attorneys for Defendant GEICO Insurance Company*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| BRIAN VIERRA GONZALEZ,<br><br>Plaintiff,<br><br>vs.<br><br>GOVERNMENT EMPLOYEES INSURANCE COMPANY, a Maryland Corporation,; and DOES I-XX,<br><br>Defendants. | CASE NO.: 2:17-cv-03055-APG-GWF<br><br>**STIPULATION AND ORDER TO DISMISS WITH PREJUDICE** |

IT IS HEREBY STIPULATED by and between Thomas J. Murphrey, attorney for the Plaintiff, BRIAN VIERRA GONZALEZ, and Thomas E. Winner and Lara L. Miller, attorneys for Defendant, GEICO INSURANCE COMPANY that the Plaintiff's Complaint be dismissed with prejudice, and each party to bear their own costs and attorney's fees.

IT IS FURTHER STIPULATED that no jury fees were posted in the above referenced matter.

///

///

///

///

///

IT IS FURTHER STIPULATED THAT no trial date has been scheduled in the above referenced matter.

DATED this 28TH day of June, 2018.

ATKIN WINNER & SHERROD

*[signature]*

Thomas E. Winner
Nevada Bar No. 5168
Lara L. Miller
Nevada Bar No. 12618
1117 South Rancho Drive
Las Vegas, Nevada 89102
*Attorneys for Defendant Geico Insurance Company*

*[signature]*

Thomas J. Murphrey
Nevada Bar No. 4124
8921 West Sahara Avenue, Suite A
Las Vegas, Nevada 89117
*Attorneys for Plaintiff Brian Vierra Gonzalez*

ORDER

Upon Stipulation by counsel for the parties, and good cause appearing therefore,

IT IS HEREBY ORDERED that the Plaintiff's Complaint be dismissed with prejudice, and each party to bear their own costs and attorney's fees; and,

IT IS FURTHER ORDERED that no jury fees have been posted in the above referenced matter.

IT IS FURTHER ORDERED that no trial date has been scheduled in the above referenced matter.

Dated: June 29, 2018.

_____
UNITED STATES DISTRICT JUDGE

Submitted by:

ATKIN WINNER & SHERROD, LTD.

_____
Thomas E. Winner
Nevada Bar No. 5168
Lara L. Miller
Nevada Bar No. 12618
1117 South Rancho Drive
Las Vegas, Nevada 89102
Attorneys for Defendant Geico Insurance Company

Case No.: 2:17-cv-03055-APG-GWF